#45143J

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                              Case No. 08-29819-BKC-RBR
                                                    Chapter 7
MICHAEL DWAIN TIMPSON and
EDWENA YETTE TIMPSON

          Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The trustee has a balance of $2.44 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 6\13\11

                                                          /s/Soneet R. Kapila
                                                 Soneet R. Kapila, Trustee
                                                 P.O. Box 14213
                                               Fort Lauderdale, FL 33302
                                               Phone: 954/761-8707
                                               Fax: 954/761-1033
                                               E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:  
Case No. 08-29819-BKC-RBR  
Chapter 7

MICHAEL DWAIN TIMPSON and  
EDWENA YETTE TIMPSON

        Debtor(s).  
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 2 | S&S Worldwide<br>PO Box 516<br>Colchester, CT 06415 | $441.26 | $2.44 |

Soneet R. Kapila, Federal Bankruptcy Trustee  
Post Office Box 14213, Fort Lauderdale, Florida 33302  
Telephone: 954/761-8707   Facsimile: 954/761-1033   Website: www.kapilatrustee.com